UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELLIOTT D GOODIN,

          Plaintiff,

    v.

EASTERN STATE HOSPITAL, CRISP, FLORA,

          Defendants.

CASE NO. 3:15-CV-05359-RBL-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

      On June 12, 2015 plaintiff filed his Application to Proceed *In Forma Pauperis* (Dkt. 4). It is unclear from plaintiff's application if he is currently incarcerated and whether he is housed at the Eastern State Hospital or Western State Hospital (*id.*).

ORDER - 1

1  Accordingly, the Court directs plaintiff to explain whether he is incarcerated and to
2  clarify whether he is housed at the Eastern State Hospital or Western State Hospital. Plaintiff
3  must file his response to this Order no later than July 22, 2015.
4  The Clerk shall send a copy of this order to plaintiff.
5  Dated this 22nd day of June, 2015.

J. Richard Creatura
United States Magistrate Judge