UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELLIOTT D GOODIN,

                    Plaintiff,

        v.

EASTERN STATE HOSPITAL, et al.,

                    Defendant.

CASE NO. 3:15-CV-05359-RBL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     This matter is TRANSFERRED for all further proceedings to the Eastern District
        of Washington.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J.
        Richard Creatura.

Dated this 18th day of August, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1